IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RANDY ROSS LENHART,

              Plaintiff,                        10cv0218 Johnstown
                                                         **ELECTRONICALLY FILED**

              v.

GERALD L. ROZUM *SUPERINTENDENT,*
*SCI SOMERSET*, ET AL.

              Defendants.

### Order of Court

      It is hereby Ordered that Petitioner Lenhart's Appeal to the United States District Court Judge In Accordance with the Magistrate Judges Act (Doc. No. 58) is DENIED. It is further Ordered that the Order of the United States Magistrate Judge dated January 2, 2014 (Doc. No. 57) is AFFIRMED, and this Court agrees that the 1980 convictions have no relevance to the present Petition.

                                    **SO ORDERED** this 7th day of February, 2013.

                                      s/Arthur J. Schwab
                                      Arthur J. Schwab
                                      United States District Judge

  cc: All Registered ECF Counsel and Parties

 Randy Ross Lenhart
JF-6684
SCI Mahanoy
301 Morea Road
Frackville, PA 17932